**FILED**
January 20, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JULIO CESAR ALVAREZ, ) <br> ) <br> Defendant. ) | Case No. 2:16-MJ-00012-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JULIO CESAR ALVAREZ</u>, Case No. <u>2:16-MJ-00012-EFB</u>, Charge <u>21 USC §§ 841(a)(1); (b)(1)(C)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      ___   Release on Personal Recognizance

      ✔   Bail Posted in the Sum of $ <u>75,000 (co-signed)</u>

            ✔   Unsecured Appearance Bond

            ___   Appearance Bond with 10% Deposit

            ___   Appearance Bond with Surety

            ___   Corporate Surety Bail Bond

      ✔   (Other)   <u>With pretrial supervision and conditions of releae as stated on the record in open court. Defendant shall report to pretrial services on 1/21/2016 at 9:00 am.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 20, 2016</u> at <u>2:40</u> pm.

By _____
Kendall J. Newman
United States Magistrate Judge